# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141977(90)(91)

ENGENIUS, INC. and ENGENIUS-EU,
LIMITED,
    Plaintiffs-Appellees,

v

SC: 141977
COA: 290682
Wayne CC: 03-331133-CK

FORD MOTOR COMPANY,
    Defendant-Appellant.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to strike is considered, and it is DENIED.

MARILYN KELLY, J., would grant the motion to strike.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2011

Clerk

d0628